AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Aldo SALAZAR-Martinez (Y.O.B. 1992)<br>Citizenship: Mexico<br><br>*Defendant(s)* | Case No. M-17-0939-M |

United States Courts
Southern District of Texas
FILED

*May 29, 2017*

## CRIMINAL COMPLAINT

David J. Bradley, Clerk of Court

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 28, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952, 963 | knowingly and intentionally import into the United States over 500 grams, that is approximately 3.82 kilograms of cocaine, and did conspire to import into the United States over 500 grams, that is approximately 3.82 kilograms, of cocaine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Submitted and sworn to via reliable electronic means.

~~Sworn to before me and signed in my presence.~~

Andrew J. Sneden, HSI Special Agent
*Printed name and title*

Date: 05/29/2017

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

Attachment "A"

On May 28, 2017, U.S. Immigration and Customs Enforcement, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations (CBP/OFO) at the Anzalduas Port of Entry (POE) in Mission, Texas. CBP Officers (CBPOs) detained Aldo SALAZAR-Martinez, (hereafter SALAZAR), a Mexican Citizen and Lawful Permanent Resident of the U.S., while attempting to enter the U.S. with 3.82 kilograms (kg) of cocaine concealed within the Chevrolet Malibu bearing Texas license plate HVZ1641, he was driving when he applied for entry.

During Primary inspection SALAZAR told CBPOs he was entering the U.S. to go to work in Victoria, Texas. SALAZAR provided CBPOs with a negative declaration for fruits, vegetables, plants, meats, animal, alcohol, tobacco, weapons, narcotics and monetary instruments over $10,000.00. CBPOs determined that the vehicle was registered to SALAZAR and SALAZAR claimed ownership of it. CBPOs referred the vehicle to the Z-Portal for a non-intrusive X-Ray inspection which was positive for anomalies in the driver's side rear quarter panel of the Malibu. CBPOs discovered two packages wrapped in packing tape on the driver's side rear quarter panel and one on the passenger side rear quarter panel. CBPOs conducted a thorough inspection and discovered an additional two smaller packages wrapped in black tape behind the interior dashboard glove compartment. All five packages, weighing a total of 3.82 kg, field tested positive for the characteristics of cocaine.

HSI McAllen SA Andrew Sneden and TFO Ana Aguilera to the Anzalduas POE and interviewed SALAZAR who initially stated that he was traveling to the U.S. to drive to his mother's home to check the supplies for a "cartera" or stone decoration business and return to Mexico. He recanted his story and admitted to knowledge of narcotics in the vehicle. He stated he was not aware of what kind of narcotics were in the vehicle or where they were located. He stated that he was kidnapped in Mexico two months prior and the individuals threatened to kidnap his common law wife who resides in Mexico if he did not transport narcotics into the U.S. He provided inconsistent information about whether he was kidnapped two months prior or in January 2017. SALAZAR stated that he was compensated $3,500.00 in U.S. currency for a previous trip where he transported narcotics to Houston, Texas from Mexico. He stated that he was also going to receive $3500.00 in U.S. currency as compensation for this trip upon his successful return to Monterrey.